No. 707

BURKETT et al v. STAKE et al

No. 18764. Supreme Court

MOTION TO CERTIFY

Pending in Supreme Court on motion to certify. Docketed Aug. 23, 1923. 2 Abs. 531. OA., 2 Abs. 581.

231. CHURCHES—Merger of organizations.

Epitomized Statement

This case comes before the Supreme Court upon a motion to certify. Some years ago the two church organizations known as the Evangelical Association and the United Evangelical Church were united. This action was taken after a basis of union was agreed upon by representatives of both organizations. The legality of such merger was passed upon and sustained by the Tribunal of the United Evangelical Church. One of the local units of the United Evangelical Church is the Trinity Church of Greensburg, Ohio, and the Emanuel Church belonging to the old association was also located in Greensburg, Ohio. The proposed merger agreement was voted upon by both churches and carried by a majority of the members of each, but not by a two-thirds vote. Thereupon this action was brought by certain members of Trinity Church, who did not vote to approve, seeking to enjoin the carrying out of said agreement, and claiming that the Trinity Church could not dispose of its property by a mere majority vote.

An appeal was prosecuted from the Common Pleas decision. In refusing the relief prayed for, the Court of Appeals held that there was no such change in the faith of each of said organizations as would affect the legitimacy of their reuniting and functioning as one body, and that as none of the church rules had been violated in the perfection of such union or merger, the merger was proper in every respect. The issues for the Supreme Court's consideration are:

1. Was there any evidence to support the finding and judgment of the Court of Appeals?

2. Was the finding of the Court of Appeals contrary to law in that 10054 GC., which required a two-thirds vote, had been violated?

Attorneys—Mottinger & Evans, Akron, for Burkett; Treadway & Marlatt, Cleveland, for Stake.

---

# CONCORDANCE

New decisions affecting opinions recently rendered by Ohio courts and reported in the Ohio Law Abstract.

This list will be continued weekly, covering currently announced new decisions, and a monthly cumulated list will follow, to be subsequently merged into complete quarterly and semi-annual lists, each to be revised up to date of its issue.

**Revised and Corrected to October 29, 1924**

The following cases, published in the Abstract, have been either passed upon in September or October, 1924, by the Ohio Supreme Court with the results noted, or are pending there, as shown by the references.

To secure brevity, abbreviations are used, **aff.** for affirmed; **mo. cer.** for motion to certify; **den.** for denied; **dis.** for dismissed; **ov.** for overruled; **p. e.** for petition in error; **rev.** for reversed; **sus.** for sustained; **OA.** for Ohio Court of Appeals; **PC.** or **Pend.** for Pending Case; **OS.** or **SC.** for Supreme Court.

**For Last Prior Concordance, see Abstract of Augusts 27, 1924, page 526, and October 22, 1924, page 651.**

Altamont Orch. Co. v. Miller, 18540, dock. 2 Abs. 306; mo. cer. ov., 2 Abs. 642.

Beazell v. State, 18680, dock 2 Abs. 404; pet. er. dis. and mo. cer. ov., 2 Abs. 658.